# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR SAUCEDO-MONTES,<br><br>Defendant. | Case No.: 25-CR-4899-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION AS TO OMAR SAUCEDO-MONTES** |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the Information in the above-entitled case be dismissed as to OMAR SAUCEDO-MONTES, without prejudice.

**IT IS SO ORDERED**.

Dated:  March 4, 2026

Hon. Janis L. Sammartino
United States District Judge